John L. Condrey (SBN: 026220)
Molly C. Machold (SBN: 026301)
**GORDON & REES LLP**
111 W. Monroe Street, Suite 1600
Phoenix, AZ 85003
Telephone: (602) 794-2460
Facsimile: (602) 265-4716
jcondrey@gordonrees.com
mmachold@gordonrees.com

Attorneys for Defendant
AKAL Security, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| LARRY DAWSON | CASE NO.  2:11-CV-00420 NVW |
| Plaintiff, | |
| vs. | **AKAL SECURITY, INC. CORPORATE DISCLOSURE STATEMENT** |
| AKAL Security, Inc. | |
| Defendant. | |

This Corporate Disclosure Statement is filed on behalf of AKAL Security, Inc. in compliance with Rule 7.1, Fed.R.Civ.P., which provides that a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**AKAL declares as follows:**

__ X __      No such corporation.

_____      Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____      Relationship _____

_____      Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

-1-

_____     Relationship _____

_____     Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 29th day of June, 2011.

GORDON & REES LLP

By:  /s/ Molly C. Machold

Molly C. Machold
Attorneys for Defendant
*AKAL Security, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2011, I electronically transmitted the attached document to the Clerks Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

Francis G. Fanning
500 E. Southern Avenue, Suite B.
Tempe, Arizona 95282
Attorneys for Plaintiff

I further certify that on June 29, 2011, I electronically mailed a copy of the Corporate Disclosure Statement to the following**:**

Honorable Neil V. Wake
United States District Court Judge
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, Suite 524, SPC 52
Phoenix, Arizona  85003

/s/  Linda L. LeFebvre

AKAL/1071107/10061542