Joshua W. Carden, SBN 021698
Joshua Carden Law Firm, P.C.
16427 North Scottsdale Road, Suite 410
Scottsdale, AZ 85254
joshua@cardenlawfirm.com
(480) 454-1100
(480) 454-1101 (Fax)
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Larry Dawson, | No. CV-11-00420-PHX-NVW |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| AKAL Security Incorporated, | |
| Defendant. | |

In response to this Court's Order (Doc. 46), the parties hereby notify the Court that a settlement has been reached. The parties are on, or ahead of, the schedule outlined at the settlement conference (stipulation of dismissal to be filed by May 12, 2017). The parties apologize to the Court for not filing this notice sooner, laboring under the mistaken belief that the magistrate judge's report (Doc. 45) had already accomplished the same purpose. Upon review of the report itself, there is indeed a note therein regarding the additional submission of a Notice of Settlement to the Court that counsel for both parties apparently missed. It won't happen again.

Respectfully submitted on this 11th day of April, 2017,

Joshua Carden Law Firm, P.C.            Gordon and Rees

By: s/Joshua W. Carden                  By: s/John Condrey (*with permission*)
Joshua W. Carden                        John Condrey
*Attorney for Plaintiff*                Molly Machold
*Larry Dawson*                          *Attorneys for Defendant*
                                        *AKAL Security Incorporated*



**CERTIFICATE OF SERVICE**

I certify that on the 11th day of April, 2017, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed for this matter.

Mr. John Condrey
Ms. Molly Machold
Gordon & Rees
111 W. Monroe Street
Suite 1600
Phoenix, AZ 85003
jcondrey@gordonrees.com
mmachold@gordonrees.com

/s/Joshua W. Carden

